# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-560-455**

**Effective date of registration:**

August 8, 2012

---

## Title

**Title of Work:** IBM Platform LSF, 5725-G82, Version 8.3

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 15, 2012          **Nation of 1st Publication:** United States

## Author

■ **Author:** International Business Machines Corporation

**Author Created:** computer program, Revised and Additional Computer Program Text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive, Charlotte, NC, 28262-8563, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous Version and incorporates program text by other companies

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

10330 David Taylor Drive

Charlotte, NC 28262-8563  United States

## Certification

---

Name:  T. Lynn Jerkins

Date:  August 8, 2012

Applicant's Tracking Number:  5725G82



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-560-459**

**Effective date of registration:**

August 8, 2012

---

## Title

**Title of Work:** IBM Platform License Scheduler, 5725-G82, Version 8.3

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 15, 2012          **Nation of 1st Publication:** United States

## Author

**Author:** International Business Machines Corporation

**Author Created:** computer program, Revised and Additional Computer Program Text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive, Charlotte, NC, 28262-8563, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous Version and incorporates program text by other companies

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

10330 David Taylor Drive

Charlotte, NC 28262-8563  United States

## Certification

Name:   T. Lynn Jerkins

Date:   August 8, 2012

Applicant's Tracking Number:   5725G82



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TX 7-694-906

**Effective date of
registration:**

January 10, 2013

## Title

**Title of Work:** IBM Platform LSF, 5725-G82, Version 9.1.0

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 14, 2012    **Nation of 1st Publication:** United States

## Author

■    **Author:** International Business Machines Corporation - Canada

**Author Created:** computer program, Revised and additional computer program text

**Work made for hire:** Yes

**Citizen of:** Canada    **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive,
Charlotte, NC, 28262-8563, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous version and incorporates some program text by
other companies

**Previous registration and year:** TX7-560-455    2012

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

10330 David Taylor Drive

Charlotte, NC 28262-8563  United States

## Certification

**Name:**   T. Lynn Jerkins

**Date:**   January 10, 2013

**Applicant's Tracking Number:**   5725G82



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-713-250

**Effective date of
registration:**

March 28, 2013

---

## Title
              **Title of Work:**   IBM Platform LSF, 5725-G82, Version 9.1.1

## Completion/Publication
     **Year of Completion:**   2013

    **Date of 1st Publication:**   March 15, 2013       **Nation of 1st Publication:**  United States

## Author
               ■      **Author:**   International Business Machines Corporation - Canada

        **Author Created:**   computer program, Revised and additional computer program text

     **Work made for hire:**   Yes

           **Citizen of:**   Canada           **Domiciled in:**   Canada

## Copyright claimant
    **Copyright Claimant:**   International Business Machines Corporation

                            Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive,
Charlotte, NC, 28262-8563, United States

     **Transfer Statement:**   By written agreement

## Limitation of copyright claim
  **Material excluded from this claim:**   computer program, Previous version and incorporates some program text by
other companies

   **Previous registration and year:**   TX7-560-455     2012

    **New material included in claim:**   computer program, Additional and revised program text

## Rights and Permissions
     **Organization Name:**   International Business Machines Corporation

             **Address:**   Copyright Administrator, MG82/57SC/202

                           10330 David Taylor Drive

                           Charlotte, NC 28262-8563  United States

## Certification

**Name:** T. Lynn Jerkins

**Date:** March 28, 2013

**Applicant's Tracking Number:** IPLSF



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-726-978**

**Effective date of registration:**

March 28, 2013

## Title

**Title of Work:** IBM Platform License Scheduler, 5725-G82, Version 9.1

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** March 15, 2013    **Nation of 1st Publication:** United States

## Author

■  **Author:** International Business Machines Corporation - Canada

**Author Created:** computer program, Revised and additional computer program text

**Work made for hire:** Yes

**Citizen of:** Canada    **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive, Charlotte, NC, 28262-8563, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous version and incorporates some program text by other companies

**Previous registration and year:** TX7-560-459    2012

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

10330 David Taylor Drive

Charlotte, NC 28262-8563  United States

## Certification

Page 1 of 2

**Name:**  T. Lynn Jerkins

**Date:**  March 28, 2013

**Applicant's Tracking Number:**  IPPLS



# Certificate of Registration

6 E 11



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-842-644**

**Effective date of registration:**

January 2, 2014

---

## Title

**Title of Work:** IBM Platform LSF, 5725-G82, Version 9.1.2

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** December 13, 2013   **Nation of 1st Publication:** United States

## Author

■ **Author:** International Business Machines Corporation - Canada

**Author Created:** computer program, Revised and additional computer program text

**Work made for hire:** Yes

**Citizen of:** Canada   **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive, Charlotte, NC, 28262-8563, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous version and incorporates some program text by other companies

**Previous registration and year:** TX7-713-250     2013

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

10330 David Taylor Drive

Charlotte, NC 28262-8563  United States

## Certification

**Name:**   T. Lynn Jerkins

**Date:**   January 2, 2014

**Applicant's Tracking Number:**   IPLSF



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TX 7-842-646

**Effective date of registration:**

January 2, 2014

---

## Title ──────────────────────────

**Title of Work:** IBM Platform License Scheduler, 5725-G82, Version 9.1.2

## Completion/Publication ──────────

**Year of Completion:** 2013

**Date of 1st Publication:** December 13, 2013    **Nation of 1st Publication:** United States

## Author ────────────────────────

■    **Author:** International Business Machines Corporation - Canada

**Author Created:** computer program, Revised and additional computer program text

**Work made for hire:** Yes

**Citizen of:** Canada    **Domiciled in:** Canada

## Copyright claimant ──────────────

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive, Charlotte, NC, 28262-8563, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim ────

**Material excluded from this claim:** computer program, Previous version and incorporates some program text by other companies

**Previous registration and year:** TX7-726-978    2013

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions ──────────

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

10330 David Taylor Drive

Charlotte, NC 28262-8563  United States

## Certification ──────────────────

**Name:** T. Lynn Jerkins

**Date:** January 2, 2014

**Applicant's Tracking Number:** IPLS



# Certificate of Registration

6|0|6



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-950-111

**Effective date of registration:**

August 14, 2014

---

## Title

| | |
|---|---|
| Title of Work: | IBM Platform LSF, 5725-G82, Version 9.1.3 |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2014 | | |
| Date of 1st Publication: | July 31, 2014 | Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| ■ Author: | International Business Machines Corporation - Canada |
| Author Created: | computer program, Revised and additional computer program text |
| Work made for hire: | Yes |
| Citizen of: | Canada         Domiciled in:   Canada |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | International Business Machines Corporation |
| | Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive, Charlotte, NC, 28262-8563, United States |
| Transfer Statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | computer program, Previous version and incorporates some program text by other companies |
| Previous registration and year: | TX7-842-644    2014 |
| New material included in claim: | computer program, Additional and revised program text |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | International Business Machines Corporation |
| Address: | Copyright Administrator, MG82/57SC/202 |
| | 10330 David Taylor Drive |
| | Charlotte, NC 28262-8563  United States |

## Certification

**Name:**  T. Lynn Jerkins

**Date:**  August 14, 2014

**Applicant's Tracking Number:**  5725G82



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## TX 7-960-393
**Effective Date of Registration:**
September 17, 2014

## Title
_____

**Title of Work:**  IBM Platform License Scheduler, 5725-G82, Version 9.1.3

## Completion/Publication
_____

**Year of Completion:**  2014
**Date of 1st Publication:**  September 12, 2014
**Nation of 1st Publication:**  United States

## Author
_____

- **Author:**  International Business Machines Corporation - Canada
  **Author Created:**  computer program, Revised and additional computer program text
  **Work made for hire:**  Yes
  **Citizen of:**  Canada
  **Domiciled in:**  Canada

## Copyright Claimant
_____

**Copyright Claimant:**  International Business Machines Corporation
Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive, Charlotte, NC, 28262-8563, United States
**Transfer statement:**  By written agreement

## Limitation of copyright claim
_____

**Material excluded from this claim:**  computer program, Previous version and incorporates some program text by other companies
**Previous registration and year:**  TX7-842-646, 2014

**New material included in claim:**  computer program, Additional and revised program text

## Rights and Permissions
_____

**Organization Name:**  International Business Machines Corporation
**Address:**  Copyright Administrator, MG82/57SC/202
10330 David Taylor Drive
Charlotte, NC 28262-8563 United States

## Certification

| | |
|---|---|
| **Name:** | T. Lynn Jerkins |
| **Date:** | September 17, 2014 |
| **Applicant's Tracking Number:** | 5725G82 |

