UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBM CORPORATION AND IBM CANADA LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> TERAPROC INC., <br><br> Defendant. | Case No. 7:16-cv-7989 <br><br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

To: The clerk of this court and all parties of record:

I certify that I am admitted to practice in this court, and I appear in this case as counsel for: Plaintiffs IBM Corporation and IBM Canada Ltd.

Dated: New York, New York
October 12, 2016

*/s/ Dale M. Cendali*
Dale M. Cendali
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com

Attorney for Plaintiffs