UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBM CORPORATION AND IBM CANADA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TERAPROC, INC., <br><br> Defendant. | CASE NO. 7:16-CV-07989-CS-PED <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Benjamin L. Singer of Singer / Bea LLP hereby appears as counsel for Plaintiff IBM Corporation. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

    Benjamin L. Singer
    bsinger@singerbea.com
    601 Montgomery Street, Suite 1950
    San Francisco, CA 94111
    Telephone:   (415) 500-6080
    Facsimile:    (415) 500-6080

Date:  March 13, 2018

    Respectfully submitted,

    By: */s/ Benjamin L. Singer*
        Benjamin L. Singer
        *Attorney for Plaintiff IBM Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF.

*/s/ Benjamin L. Singer*
Benjamin L. Singer