## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBM CORPORATION AND IBM CANADA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TERAPROC, INC., <br><br> Defendant. | CASE NO. 7:16-CV-07989-CS-PED <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Walter C. Pfeffer of Singer / Bea LLP hereby appears as counsel for Plaintiff IBM Corporation. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

Walter C. Pfeffer
wpfeffer@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080

Date: March 13, 2018

Respectfully submitted,

By: */s/ Walter C. Pfeffer*
  Walter C. Pfeffer
  *Attorney for Plaintiff IBM Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF.

*/s/ Walter C. Pfeffer*
Walter C. Pfeffer